STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Patricia A. Bonton
In Proper Person
P. O. Box 12372
Alexandria LA 71315

REHEARING ACTION: September 18, 2014

**Docket Number: 14   00034-CA**

**PATRICIA A. BONTON**
**VERSUS**
**LOUISIANA WORKFORCE COMMISSION, ET AL.**

**Appealed from Rapides Parish Case No. 247,372**

**BEFORE JUDGES:**

   Hon. Sylvia R. Cooks
   Hon. Marc T. Amy
   Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **Patricia A. Bonton** is:

   **REHEARING NOT CONSIDERED.**  The application for rehearing is not
   considered for the reasons previously stated.

   Painter, J., concurs, but would sanction the relator the sum of one thousand
   five hundred dollars ($1,500.00) for failure to heed previous rulings by this
   court.

cc: J. Jerome Burden, Counsel for the Appellee
    Daniel G. Brenner, Counsel for the Appellee